UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 3:03CR40(PCD) |
| v. | |
| SANDRA JAMES | February 14,  2005 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Peter S. Jongbloed, Assistant United States Attorney, as counsel for the United States of America, in the above-referenced case.  My appearance is in lieu of the appearance of Shawn J. Chen, Assistant United States Attorney, United States Attorney's Office, Department of Justice.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct03192
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT 06510
TEL. 203.821.3700

## CERTIFICATION

This is to certify that a copy of the within and foregoing was sent by First Class mail

on this 14th day of February 2005, to the following counsel of record:


Paul Thomas, Esq.
Office of the Federal Public Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510



_____
PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY