UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | CRIMINAL No. 3:03CR40(PCD) |
|---|---|
| v. | |
| SANDRA JAMES | February 14, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves to withdraw the appearance of Assistant United States Attorney Shawn J. Chen. Assistant United States Attorney Chen is no longer employed by the office and the undersigned has filed an appearance in this matter.

Accordingly, it is requested that this motion be granted.

          Respectfully submitted,

          KEVIN J. O'CONNOR
          UNITED STATES ATTORNEY


          PETER S. JONGBLOED
          ASSISTANT UNITED STATES ATTORNEY
          FEDERAL BAR NO. ct03192
          157 CHURCH STREET, 23RD FLOOR
          NEW HAVEN, CT 06510
          TEL. 203.821.3700

**CERTIFICATION**

      This is to certify that a copy of the within and foregoing was sent by First Class mail on this 14th day of February 2005, to the following counsel of record:

Paul Thomas, Esq.
Office of the Federal Public Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510

_____
PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY