UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No.3:03CR40(PCD) |
| v. | |
| SANDRA JAMES | February 14, 2005 |

**<u>MOTION TO DISMISS</u>**

      The United States Attorney, through Peter S. Jongbloed, Assistant United States Attorney, respectfully moves, pursuant to Rule 48(a) Fed. R. Crim. P., to dismiss the single-count information against the defendant in the above-captioned matter. The defendant had entered into a Pretrial Diversion Program, and according to the United States Probation Office who monitored the defendant, she has complied with all of the conditions set forth in the Pretrial Diversion Agreement.

ORAL ARGUMENT
NOT REQUESTED

                                                Respectfully submitted,

                                                KEVIN J. O"CONNOR
                                                UNITED STATES ATTORNEY

                                                PETER S. JONGBLOED
                                                ASSISTANT U.S. ATTORNEY
                                                FEDERAL BAR No. CT07221
                                                157 CHURCH STREET
                                                NEW HAVEN, CT 06510
                                                203-821-3700

SO ORDERED:

_____
HON. PETER C. DORSEY
SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut, this _____ day of February, 2005.

CERTIFICATION

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this 14th day of February 2005 to:

Paul Thomas, Esq.
Office of the Federal Public Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510

PETER S. JONGBLOED
ASSISTANT U.S. ATTORNEY